IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00809-CMA-KLM

DEBRA BROWNE,
MARY JANE SANCHEZ,
CYNTHIA STEWART,
STEVE KILCREASE,
HUMANISTS DOING GOOD, and
ERIC NIEDERKRUGER,

    Plaintiffs,

and

GREENPEACE, INC.,

    Plaintiff-Intervenor,

v.

CITY OF GRAND JUNCTION, COLORADO,

    Defendant.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion for Leave to Intervene by Plaintiff-Intervenor Greenpeace Inc.** [#23][1] (the "Motion"). Initially, Defendant opposed the Motion. *Motion* [#1] at 1. However, on April 24, 2014, Defendant filed its Withdrawal of Its Objection to Intervention by Greenpeace, Inc. [#34], informing the Court that it no longer opposes the Motion.

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. The caption in this case shall be amended to reflect the addition of Plaintiff-Intervenor Greenpeace, Inc. as indicated above.

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that the Clerk of the Court is instructed to accept Plaintiff-Intervenor's Complaint in Intervention on Behalf of Greenpeace, Inc. [#23-2] for filing as of the date of this Minute Order.

Dated: April 25, 2014