IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00809-CMA-KLM

DEBRA BROWNE,
MARY JANE SANCHEZ,
CYNTHIA STEWART,
STEVE KILCREASE,
HUMANISTS DOING GOOD, and
ERIC NIEDERKRUGER,

     Plaintiffs,

and

GREENPEACE, INC., and
ALEXIS GALLEGOS,

     Plaintiffs-Intervenors,

v.

CITY OF GRAND JUNCTION, COLORADO,

     Defendant.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the **Unopposed Motion for Leave to Intervene by Plaintiff-Intervenor Alexis Gallegos** [#37][1] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**.  The caption in this case shall be amended to reflect the addition of Plaintiff-Intervenor Alexis Gallegos as indicated above.

     IT IS FURTHER **ORDERED** that the Clerk of the Court is instructed to accept the

_____

[1]  "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

Complaint in Intervention on Behalf of Alexis Gallegos [#37-1] for filing as of the date of this Minute Order.

      Dated:  April 29, 2014