IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00809-CMA-KLM

DEBRA BROWNE,
MARY JANE SANCHEZ,
CYNTHIA STEWART,
HUMANISTS DOING GOOD, and
ERIC NIEDERKRUGER,

     Plaintiffs,

and

GREENPEACE, INC.,

     Plaintiff-Intervenor,

v.

CITY OF GRAND JUNCTION, COLORADO,

     Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the parties' **Joint Motion to Vacate and Reset Final Pretrial Conference** [#98][1] (the "Motion"). In the Motion, the parties ask the Court to vacate the April 23, 2015 Final Pretrial Conference and to reset it "forty-five days after a ruling on the [p]arties' cross motions for summary judgment." *Motion* [#98] at 2. The Court normally does not vacate a final pretrial conference without resetting it on a specific date. Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#98] is **GRANTED in part** to the extent it requests that the Final Pretrial Conference be reset to a later date.

---

[1] "[#98]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for April 23, 2015 at 9:30 a.m. is **VACATED** and **RESET** to **September 8, 2015** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **September 1, 2015**. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Dated: April 10, 2015