IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00809-CMA-KLM

DEBRA BROWNE,
MARY JANE SANCHEZ,
CYNTHIA STEWART,
HUMANISTS DOING GOOD, and
ERIC NIEDERKRUGER,

    Plaintiffs,

and

GREENPEACE, INC.,

    Plaintiff-Intervenor,

v.

CITY OF GRAND JUNCTION, COLORADO,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Second Joint Motion to Vacate and Reset Final Pretrial Conference** [#107][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#107] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for September 8, 2015 at 2:30 p.m. is **VACATED** and **RESET** to **December 11, 2015** at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

---

[1] "[#107]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **December 4, 2015**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Dated:  August 20, 2015