**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00809-CMA-KLM

DEBRA BROWNE,
MARY JANE SANCHEZ,
CYNTHIA STEWART, and
HUMANISTS DOING GOOD,

    Plaintiffs,

v.

CITY OF GRAND JUNCTION COLORADO,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered:

    PURSUANT to and in accordance with the Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment, Granting in Part and Denying in Part Defendant's Motion for Summary Judgment, Denying Plaintiffs' Motion for Leave to File a Second Supplemental Complaint, and Denying Defendant's Motion to Stay the Court's Consideration of the Cross-motions for Summary Judgment entered by the Honorable Christine M. Arguello on September 30, 2015, incorporated herein by reference, it is

    ORDERED that Plaintiffs' Motion for Summary Judgement (Doc. # 85) is GRANTED IN PART AND DENIED IN PART. Plaintiffs' Motion is GRANTED as to Claims One and Five of Plaintiffs' Complaint, and DENIED as to Claims Two, Three, Four, Six, Seven, and Eight of Plaintiffs' Complaint.  It is

FURTHER ORDERED that Grand Junction's Motion for Summary Judgment (Doc. # 84) is GRANTED IN PART AND DENIED IN PART. Grand Junction's Motion is GRANTED as to Claims Two, Three, Four, Six, Seven, and Eight of Plaintiffs' Complaint, and DENIED as to Claims One and Five of Plaintiffs' Complaint.  It is

FURTHER ORDERED that Grand Junction is PERMANENTLY ENJOINED from enforcing subsections (a), (e), (g), (i), and (j) of section 9.05.040 of Ordinance No. 4627.  It is

FURTHER ORDERED that Plaintiff Stewart is awarded nominal damages in the amount of $1.00.  It is

FURTHER ORDERED that Plaintiffs shall have their costs pursuant to Federal Rule of Civil Procedure 54(d)(1) and Civil Local Rule 54.1.  It is

FURTHER ORDERED that Plaintiffs' Motion for Leave to File a Second Supplemental Complaint (Doc. # 66) is DENIED.  It is

FURTHER ORDERED that Grand Junction's Motion to Stay the Court's Consideration of the Pending Cross-Motions for Summary Judgment for Sixty Days (Doc. # 110) is DENIED.  It is

FURTHER ORDERED that Judgment is entered in favor of Plaintiffs on Claims One and Five of Plaintiffs' Complaint and in favor of Defendants on Claims Two, Three, Four, Six, Seven, and Eight of Plaintiffs' Complaint.

DATED: September 30, 2015

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes
V. Barnes
Deputy Clerk