IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00809-CMA-KLM

DEBRA BROWNE,
MARY JANE SANCHEZ,
CYNTHIA STEWART, and
HUMANISTS DOING GOOD,

    Plaintiffs,

and

GREENPEACE, INC.,

    Plaintiff-Intervenor,

v.

CITY OF GRAND JUNCTION, COLORADO,

    Defendant.

_____

**JOINT NOTICE OF SETTLEMENT**
_____

      The parties, by and through their respective counsel of record, pursuant to D.C. COLO.LCivR 40.2(b), hereby give notice of a settlement of all issues between the parties regarding attorney's fees under 42 U.S.C. § 1988 and costs.  As a result, the Plaintiffs will not be seeking an award of costs or attorney's fees from this Court and no further issues remain in the case.

Respectfully submitted this 12th day of November, 2015.


BERG HILL GREENLEAF RUSCITTI LLP

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO


*s/ Josh A. Marks*

*s/ Mark Silverstein*

_____

_____

Josh A. Marks
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  jam@bhgrlaw.com

Mark Silverstein
303 E. 17th Avenue
Suite 350
Denver, CO  80203
Phone:  (303) 777-5482
Fax:  (303) 777-1773
Email:  msilverstein@aclu-co.org

*Attorney for Defendant*
*City of Grand Junction, Colorado*

*Attorney for Plaintiffs and*
*Plaintiff-Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2015, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Mark Silverstein
Rebecca T. Wallace
Sara R. Neel
American Civil Liberties Union
  Foundation of Colorado
303 E. 17th Avenue
Suite 350
Denver, CO 80203
msilverstein@aclu-co.org
rtwallace@aclu-co.org
sneel@aclu-co.org

*s/ Cheryl Stasiak*
_____
Cheryl Stasiak